# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMEY McKEE, | No. 4:22-CV-01240 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| B. SALAMAN, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 11th day of January 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions (Docs. 26, 27, 28, 30, 33) for various forms of preliminary injunctive relief are **DENIED**.

2. Plaintiff's motion (Doc. 36) to compel Defendants to respond to his motions for preliminary injunctive relief is **DISMISSED** as moot in light of Defendants' December 19, 2022 response (Doc. 31).

3. The Clerk of Court is directed to reactivate ECF Doc. 7, Plaintiff's initial motion for preliminary injunctive relief.

4. Defendants shall respond to this motion (Doc. 7) and supporting brief (Doc. 8) within 14 days of the date of this Order. *See* LOCAL RULE OF COURT 7.6.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge